UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE,LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS WANZELER, JAMES MERRILL, CARLOS COSTA, PRISCILA FREITAS COSTA, FABIO WANZELER, LYVIA MARA CAMPISTA WANZELER, MARIA EDUARDA WANZELER DE ALMEIDA E SOUZA, DRUCILA WANZELER, MARISA MACHADO WANZELER SALGADO, RENATO ALVES, ANA COSTA, NATHANA SANTOS REIS, FABIO FARIA, LELIO CELSO RAMIRES FARIAS, SANDERLY RODRIGUES, VAGNER ROZA, ROBERT BOURGUIGNON, REGINA CELIA, MICHAEL CALAZANS, FABIO DE ARRAZ CRISPIM, SHEFFA MONTOYA, LUIS FERREIRA, SANDRES LEVIS, FEBE WANZELER DE ALMEIDA E SOUZA, BRUNO RANGEL CARDOZO,<br><br>Defendants. | Adv. Proceeding No.: 16-04032 |

**DEFENDANT FABIO FARIA'S MOTION TO DISMISS**

Defendant Fabio Faria respectfully requests that this Court dismiss the claims against him pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding by Bankruptcy Rule 7012(b). Dismissal is appropriate because the Complaint fails to state a claim for which relief may be granted. As further grounds, the Defendant incorporates by reference the Memorandum of Law submitted herewith.

                                       Respectfully submitted,
                                       FABIO FARIA

                                       By his counsel,

Dated: May 16, 2016            /s/ Ilyas J. Rona
                                       Ilyas J. Rona, Esq. (BBO# 642964)
                                       MILLIGAN RONA DURAN & KING LLC
                                       50 Congress Street, Suite 600
                                       Boston, MA 02109
                                       Telephone: (617) 395-9570
                                       Email: ijr@milliganrona.com

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that I have caused a copy of the Defendant Fabio Faria's Motion to Dismiss to be served on counsel for the Trustee and all registered electronic filers appearing in this case using the Court's CM/ECF system.

Dated: May 16, 2016            /s/ Ilyas J. Rona
                                       Ilyas J. Rona, Esq.