UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　　Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CARLOS WANZELER, ET AL,<br><br>　　　　　　Defendant(s). | Adversary Proceeding<br>No.16-4032-MSH |

**ORDER ON MOTION BY THE TRUSTEE TO STAY PROCEEDINGS IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDING PENDING RESOLUTION
OF THE CRIMINAL ACTION AGAINST JAMES MERRILL**

This matter having come before the Court on the Motion by Stephen B. Darr, as he is the Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., requesting this Court enter an order staying the Adversary Proceeding, other than requiring the filing of an answer and/or responsive pleading, pending the earlier of the resolution of the Criminal Action or December 1, 2016 (the "Motion"); after notice and hearing and for good cause shown it is hereby ORDERED

1. The Motion is allowed and all proceedings in the above captioned Adversary Proceeding are stayed (the "Stay") except the requirement that each defendant file an answer or other responsive pleading.

2. The Stay shall continue until the earlier of the resolution of the Criminal Action against James Merrill or December 1, 2016 unless otherwise ordered by the Court.

3. The hearing scheduled for 7/27/2016, on the Motion is canceled. No objections were filed.

Dated at Boston this ___ day of June, 2016

_/s/ Melvin S. Hoffman_    06/24/2016

Hon. Melvin S. Hoffman
Chief United States Bankruptcy Judge

710326